RECEIVED

SEP 1 7 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Cash, et al | Civil Action No. 04-1648 |
| versus | Judge Tucker L. Melançon |
| Unocal Corp., et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date, it is

ORDERED that the Motion for Summary Judgment filed by defendant Shaw

Global Energy Services, Inc. [Rec. Doc. 132], is DENIED.

Thus done and signed this 17th day of August, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge