RECEIVED
JUN 30 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL CASH, ET AL. | *CIVIL NO. 6:04-1648 |
| VERSUS | *JUDGE DOHERTY |
| UNOCAL CORP., ET AL. | *MAGISTRATE JUDGE HILL |

### ORDER

Max Welder's Motion to Fix Attorneys' Fees was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that $3,187.50 in attorney's fees and $1,660.87 in expenses, for a total of $4,848.37, be awarded to Max Welders.

Lafayette, Louisiana this 30 day of June, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE